IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04199-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

VLADIMIR SAVIN,

      Petitioner,

v.

[NO NAMED RESPONDENT],

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Vladimir Savin is detained at the Aurora Detention Center in Aurora, Colorado. Petitioner has submitted *pro se* a document titled "180-Day Custodial Review Request Humanitarian and Medical Grounds" (ECF No. 1).[1] Accordingly, the Court opened this habeas corpus action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this order. Petitioner will be directed to cure the following to pursue any claims in this action. Any papers that Petitioner files in response to this order must include the civil action number on this order.

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF).

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx        is not submitted
(2)   ____    is missing affidavit
(3)   ____    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx        is missing certificate showing current balance in prison account
(5)   ____    is missing required financial information
(6)   ____    is missing authorization to calculate and disburse filing fee payments
(7)   ____    is missing an original signature by the prisoner
(8)   ____    is not on proper form (must use the District of Colorado form)
(9)   ____    names in caption do not match names in caption of complaint, petition or habeas application
(10)  xx        other: <u>motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11)  ____    is not submitted
(12)  xx        is not on proper form (must use the District of Colorado form)
(13)  ____    is missing an original signature by the prisoner
(14)  ____    is missing page nos. ____
(15)  ____    uses et al. instead of listing all parties in caption
(16)  ____    names in caption do not match names in text
(17)  ____    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ____    other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain (with the assistance of a case manager or the facility's legal assistant) the court-approved forms for filing 1) a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form and 2) Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form, along with the applicable instructions, which are available at

www.cod.uscourts.gov. Petitioner shall use the forms to cure the deficiencies and shall notify the Court promptly if unable to access the forms. It is

FURTHER ORDERED that if Petitioner fails to cure all designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 2, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge

3