IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04199-RTG

VLADIMIR SAVIN,

    Applicant,

v.

AURORA DETENTION CENTER, COLORADO,

    Respondent.

## ORDER TO SHOW CAUSE

    An amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Applicant, challenging his detention at an immigration facility in Aurora, Colorado. (ECF No. 5). Upon reading the application, good cause appears.

    Accordingly, it is

    ORDERED that Respondent show cause **within thirty (30) days from the date of this order** why the application for a writ of habeas corpus should not be granted. It is

    FURTHER ORDERED that **within thirty (30) days of Respondent's answer** Applicant may file a reply.

1

DATED March 3, 2026.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge