**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-04199-RMR

VLADIMIR SAVIN,
Petitioner,

v.

AURORA DETENTION CENTER, COLORADO,
Respondent.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 22] entered by the Honorable Regina M. Rodriguez on May 18, 2026, it is hereby

ORDERED that the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 19th day of May, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver
Kally Myhaver, Deputy Clerk